IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Luis Javier Trejo-Perez,<br><br>  Defendant. | No. CR-22-00232-TUC-CKJ(MSA)<br><br>**ORDER** |

In the interest of judicial economy and pursuant to LRCrim 5.1(a)(1), **IT IS ORDERED** that this case be reassigned to District Judge Scott H. Rash, with a Magistrate referral to Judge Maria S. Aguilera, in conjunction with defendant's related case in CR 21-01440-TUC-SHR(MSA).  All further pleadings shall bear the designation CR 22-00232-TUC-SHR(MSA).

**IT IS FURTHER ORDERED** the Jury Trial set for May 03, 2022 before Cindy K. Jorgenson is VACATED and RESET for May 3, 2022 at 9:30 am before Scott H. Rash. Plea deadline remains April 15, 2022.

**Dated this 11th day of March, 2022.**

_____
Honorable Cindy K. Jorgenson
United States District Judge